IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,   CIV. NO. S-06-525 DFL EFB

    Plaintiff,

  v.   <u>ORDER RE DISPOSITION AFTER NOTIFICATION OF SETTLEMENT</u>

CHEROKEE ACQUISITION CORP.,

    Defendant.
_____/

    The court has been advised by plaintiff's counsel, Scott N. Johnson, Esq., that this action has been settled. Therefore, it is not necessary that the action remain upon the court's active calendar.

    Accordingly, IT IS ORDERED:

    1. That counsel file settlement/dismissal documents, in accordance with the provisions of Local Rule 16-160, no later than May 7, 2007; and

//

//

1

1     2.  That all hearing dates previously set in this matter
2  are vacated.
3     IT IS SO ORDERED.
4  Dated:  April 18, 2007

                                /s/ David F. Levi
                                DAVID F. LEVI
                                United States District Judge