JEFFREY D. WOHL (Cal. State Bar No. 96838)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
55 Second Street, 24th Floor
San Francisco, California 94105-3441
Telephone: (415) 856-7000
Facsimile: (415) 856-7100

Attorneys for Defendant
Budget Rent A Car System, Inc.
(erroneously named in the complaint as
"Cherokee Acquisition Corporation")

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON,<br><br>                    Plaintiff,<br><br>          vs.<br><br>CHEROKEE ACQUISITION CORPORATION, a Delaware Corporation; and DOES 1-10, inclusive,<br><br>                    Defendants. | No. 2:06-CIV-00525-DFL-PAN<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE; ORDER RE: SAME** |

**STIPULATION**

Pursuant to Rule 41(a)(1), Federal Rules of Civil Procedure, plaintiff Scott N. Johnson and defendant Budget Rent A Car System, Inc. (erroneously named in the complaint as "Cherokee Acquisition Corporation"), hereby stipulate that this action may be dismissed with prejudice, each side to bear its own costs and attorneys' fees.

Dated: April ___, 2007.        SCOTT N. JOHNSON

_____
Attorney for Plaintiff Scott N. Johnson

Dated: April ___, 2007.        JEFFREY D. WOHL
PAUL, HASTINGS, JANOFSKY & WALKER LLP

By: _____
Jeffrey D. Wohl
Attorneys for Defendant
Budget Rent A Car System, Inc., erroneously named as "Cherokee Acquisition Corporation")

**ORDER**

On the stipulation of the parties, and good cause appearing therefor,

IT IS SO ORDERED.

Dated: April 26, 2007.            /s/ David F. Levi
                                                                David F. Levi
                                            United States District Judge